AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Charles A. Guida
22 Allston Street, Apt. 116
Medford, MA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: MJ03-M253 JLA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| One Courthouse Way<br>Boston, MA   02210 | No. 24, 7th Floor |
| Before: The Hon. Joyce London Alexander | Date and Time<br>1/6/2004 10:30 am |

To answer a(n)
☐ Indictment   ☒ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) ___2252(a)(4)(B)___

Brief description of offense:

See Complaint

NOTE: PLEASE REPORT TO THE UNITED STATES PRETRIAL SERVICES OFFICE ON THE FIRST FLOOR OF THE COURTHOUSE AT 9:00 AM TO BE INTERVIEWED BY A PRETRIAL SERVICES OFFICER PRIOR TO YOUR 10:30 AM APPEARANCE BEFORE THE COURT.

_[Signature]_
Signature of Issuing Officer

Date: 12/30/03

Rex Brown, Courtroom Clerk
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:¹  Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____    _____
              Date                      Name of United States Marshal

                                        _____
                                        (by) Deputy United States Marshal

Remarks:

---
¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.